# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITES STATES OF AMERICA

VS.                                                          Case No: 6:23-mj-2348-EJK

JOSHUA JOSEPH GRAY

       **Defendant.**

## ORDER

This cause comes before the Court without oral argument on the Oral Motion for Special Admission on behalf of Defendant, Joshua Joseph Gray filed December 13, 2023. (Doc 11 .)

Upon consideration, the Motion to appear *pro hac vice* of Katherine Henry is **GRANTED**, provided counsel **shall register for and use the electronic filing system** as adopted by the Court. After this Order, the Clerk will no longer send copies of docket entries by U.S. Mail to counsel in this case. Counsel can register for a CM/ECF login password through the website at www.flmd.uscourts.gov under "CM/ECF."

**DONE** and **ORDERED** in Orlando, Florida on December 13, 2023.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE