UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                          CASE No. 6:23-mj-2348-EJK

JOSHUA JOSEPH GRAY

Defendant.

## MOTION TO SUPPLEMENT MOTION TO DISMISS

The Defendant, Joshua Joseph Gray, has drafted this document alone. I did not ask my Standby Counsel to approve of the substance or form of this document. It is merely being e-filed by Standby Counsel to ensure proper filing and service upon the parties. The Defendant is humbly asking the court to accept this as a supplement to the Motion to Dismiss filed on 3/1/2024.

## SUPPLEMENTAL DEFINITION

45 CFR § 1602.2 Definitions.

"(k) **Representative of the news media** means any person or entity that gathers information of potential interest to a segment of the public, uses its editorial skills to turn the raw materials into a distinct work, and distributes that work to an audience. In this clause, the term "news" means information that is about current events or that would be of current interest to the public. Examples of news media entities are television or radio stations broadcasting to the public at large and publishers of periodicals (but only if such entities qualify as disseminators of "news") who make their products available for purchase or subscription or by free distribution to the general public. These examples are not all-inclusive. Moreover, as methods of news delivery evolve (for example, the adoption of the electronic dissemination of newspapers through telecommunications services), such alternative media shall be considered to be news media entities. A freelance journalist shall be regarded as working for a news media entity if the journalist can demonstrate a solid basis for expecting publication through that entity, whether or not the journalist is actually employed by the entity. A publication contract would present a solid basis for such an expectation. LSC may also consider the past publication record of the requester in making such a determination."

The FOIA branch of the Social Security Administration understands the statutory definition of "news media" and considered me as such in their response to a FOIA Request I submitted on November 23, 2022. In their response, they fulfill the record request and grant a media fee waiver to my media organization. FOIA request and response attached hereto for reference.

Respectfully submitted,

/s/ Joshua Joseph Gray

Joshua Joseph Gray 3/4/24

a/k/a Phocion Thegood

Phocion@thisisapublicservice.com

T/904-364-1949