# Request summary

Request submitted on **November 23, 2022**.

The confirmation ID for your request is **498131**.


The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

## Contact information

**Company/organization**
This is a Public Service

**Email**
lettersofphocion@gmail.com

## Your request

I would like a digital copy of the cctv camera footage from the camera located above the front door of the Social Security Administration located at 4990 S Clyde Morris Blvd, Port Orange, FL 32127 between 2:15pm and 2:45pm on November 22, 2022.

11/23/22, 10:57 PM                                  FOIA.gov - Freedom of Information Act: Create a request

# Fees

**What type of requester are you?**
media

**Fee waiver**
yes

**Fee waiver justification**
The footage requested is said to contain a Paragon Systems, Inc employee assaulting a member of the public and pushing him to the ground. The footage requested calls the public's trust in SSA and Paragon Systems into question.

# Request expedited processing

**Expedited processing**
no



## CONTACT

Office of Information Policy (OIP)
U.S. Department of Justice
441 G St, NW, 6th Floor
Washington, DC 20530
E-mail: National.FOIAPortal@usdoj.gov

Hero image credit, CC3.0



# SOCIAL SECURITY

Refer to:
S9H: SSA-2023-001727

June 2, 2023

Phocion Thegood
1648 Taylor Rd. #471
Port Orange, FL  32128
lettersofphocion@gmail.com

Dear Madam/Sir:

I am responding to your November 23, 2022 Freedom of Information Act (FOIA) request for a digital copy of the closed circuit television (CCTV) camera footage from the camera located above the front door of the Social Security Administration's (SSA) office located at 4990 South Clyde Morris Blvd, Port Orange, FL 32127 between 2:15pm and 2:45pm on November 22, 2022.

Enclosed are 2 video recordings responsive to your request. Within the videos, we blurred third parties' images under the FOIA Exemption 6 to protect their personal privacy. The video recording has been encrypted and password protected. When prompted for the password, please insert P@ssw0rd=1 as the password.

When we receive a request from a member of the public to release personal information about another individual from our records, we must balance the individual's privacy interest in withholding the information against the public interest in disclosing the information. We must determine whether disclosure would affect a personal privacy interest. Individuals clearly have a substantial personal privacy interest in the personal details furnished to the government. On the other hand, the only public interest we must consider is whether the information sought would shed light on the way an agency performs its statutory duties. We may not consider the identity of the requester or the purpose for which the information is requested. While the public has an interest in knowing how SSA administers the Social Security Act, disclosing records containing personal information about named individuals would not shed light on how the agency performs its statutory duties. Therefore, disclosing this information would be a clearly unwarranted invasion of personal privacy, and the FOIA (5 U.S.C. § 552(b)(6)) does not require disclosure.

We have determined that the release of the information withheld under the FOIA Exemption 6 would cause foreseeable harm to agency interests protected by this exemption.

If you have questions or would like further assistance with your request, you may contact our FOIA Public Liaison by email at FOIA.Public.Liaison@ssa.gov; by phone at 410-965-1727, by choosing Option 2; or facsimile at 410-966-0869.

You may also contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration for dispute resolution services. OGIS is an entity outside of SSA that offers mediation services to resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is as follows: Office of Government Information

SOCIAL SECURITY ADMINISTRATION   BALTIMORE, MD  21235-0001

Page 2 - This is a Public Service

Services, National Archives and Records Administration, 8601 Adelphi Road – OGIS, Collee Park, MD 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll-free at 1-877-684-6448; or facsimile at 202-741-5769.

If you disagree with this decision, you may file a written appeal with the Executive Director for the Office of Privacy and Disclosure, Social Security Administration, G-401 WHR, 6401 Security Boulevard, Baltimore, MD 21235. Your appeal must be postmarked or electronically transmitted to FOIA.Public.Liaison@ssa.gov within 90 days of the date of our response to your initial request. Please mark the envelope or subject line with "Freedom of Information Appeal."

Thank you for your request.

Sincerely,

*Michelle L. Christ*

Michelle L. Christ
Acting Freedom of Information Officer

Enclosures